Sabine v State of New York (2023 NY Slip Op 03177)

Sabine v State of New York

2023 NY Slip Op 03177

Decided on June 9, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 9, 2023

PRESENT: WHALEN, P.J., PERADOTTO, LINDLEY, CURRAN, AND OGDEN, JJ. (Filed June 9, 2023.) 

MOTION NO. (1057/22) CA 22-00092.

[*1]MICHAEL SABINE, CLAIMANT-APPELLANT, 
v
STATE OF NEW YORK, DEFENDANT-RESPONDENT. (CLAIM NO. 125759.)

MEMORANDUM AND ORDER
Motion for leave to appeal to the Court of Appeals granted.